B1 (Official Form 1) (04/13)

| United States Bankruptcy Court SOUTHERN DISTRICT OF TEXAS MCALLEN DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **Aziz Convenience Stores, L.L.C.** | Name of Joint Debtor (Spouse)  (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):  **74-2749176** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **4513 North 4th Street** **McAllen, TX**      ZIP CODE **78504** | Street Address of Joint Debtor (No. and Street, City, and State):      ZIP CODE |
| County of Residence or of the Principal Place of Business: **Hidalgo** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **4513 North 4th Street** **McAllen, TX**      ZIP CODE **78504** | Mailing Address of Joint Debtor (if different from street address):      ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):      ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed**  (Check one box.)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee**  (Check one box.)

- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b).  See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☑ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☑ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☑ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**B1 (Official Form 1) (04/13)**                                                             **Page 2**

| | |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **Aziz Convenience Stores, L.L.C.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor   (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X**_____<br>                                               Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

                              _____

                                 (Name of landlord that obtained judgment)

                              _____

                                      (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                                                   Page 3

| **Voluntary Petition** | Name of Debtor(s): **Aziz Convenience Stores, L.L.C.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X  **/s/ William A. Csabi**
_____

**William A. Csabi**                          Bar No.

**William A. Csabi, P.C.**
**1213 E. Tyler**
**Harlingen, TX 78550**

Phone No. **(956) 412-2727**        Fax No. **(956) 412-2728**

8/4/2014
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Aziz Convenience Stores, L.L.C.**

X  **/s/ Dagoberto G. Trevino**
_____
Signature of Authorized Individual

**Dagoberto G. Trevino**
_____
Printed Name of Authorized Individual

**MGR**
_____
Title of Authorized Individual

**8/4/2014**
_____
Date

Address
_____

X_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

In re   **Aziz Convenience Stores, L.L.C.**                                    Case No.

                                                                Chapter   **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

1.  If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2.  The following financial data is the latest available information and refers to the debtor's condition on _____.

   a. Total Assets                                          **$19,121,796.00**

   b. Total debts (including debts listed in 2.c., below)   **$33,889,605.00**

   c. Debt securities held by more than 500 holders:        Approximate
                                                             number of
                                                             holders:

| secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |

   d. Number of shares of preferred stock     _____   _____

   e. Number of shares of common stock        _____   _____

      Comments, if any:

3.  Brief description of debtor's business:
**28 Convenience stores,  w/gas pumps**

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
**Dagoberto Trevino 50% and Silvia Trevino 50%**

B6A (Official Form 6A) (12/07)

In re **Aziz Convenience Stores, L.L.C.**                      Case No. _____

                                                                    (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Tract 265, LOS EJIDOS DE REYNOSA VIEJO GRANT, HIDALGO COUNTY<br>206 E Expressway 83 # 1 | Business Property | | $460,000.00 | $3,611,640.88 |
| Lots 70&72, BENTSEN GROVES SUBDIVISION, HIDALGO COUNTY,TEXAS<br>101 N Bentson Palm Drive #2 | Business Property | | $470,000.00 | $4,081,640.88 |
| Lot 1, AZIZ SUBDIVISON NO. 3<br>600 E. Bussiness 83<br>San Juan, TX 78589 | Business Property | | $230,000.00 | $7,206,640.88 |
| Lot 1, AZIZ SUBDIVSION NO. 2<br>710 W Griffin Pkwy Ave #4<br>Mission, TX 78572 | Business Property | | $420,000.00 | $6,976,640.88 |
| Lots 1&2, RIVERAINE SUBDIVISION<br>6506 S Cage Blvd #6<br>Pharr, TX 78577 | Business Property | | $390,000.00 | $5,766,640.88 |
| Lot 1, AZIZ SUBDIVISION NO. 4 City of Pharr, Hidalgo County<br>1406 W. Nolana Loop #7<br>Pharr, TX 78577 | Business Property | | $630,000.00 | $7,836,640.88 |
| Lots 3,4&5, Gentry Subdivison<br>2831 Business HWY 83 #8<br>McAllen, TX 78501 | Business Property | | $370,000.00 | $4,451,640.88 |
| Lot 12, SHELTON RANCH ESTATES SUBDIVISON PHASE I<br>800 E. Expressway 83 #9<br>Sullivan City, TX 78595 | Business Property | | $360,000.00 | $6,556,640.88 |
| Lots 1,2,3&4, WEST MANOR SUBDIVISON<br>1603 W. University Dr. #27<br>Edinburg, TX 78539 | Business Property | | $925,000.00 | $5,376,640.88 |

B6A (Official Form 6A) (12/07) - Cont.

In re **Aziz Convenience Stores, L.L.C.**                    Case No. _____

                                                                                    (if known)

## SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 1*

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Lot 2, AZIZ SUBDIVISON NO.3<br>10500 US HWY 281<br>Pharr, TX 78577 | Business Property | | $430,000.00 | $6,196,640.88 |
| AZIZ LOT 2<br>600 E Business HWY 83<br>San Juan, TX 78589 | Business Property | | $115,000.00 | $808,000.00 |
| Aziz #5 lot 2<br>1512 E. Business 83<br>Mission, TX 78572 | Business Property | | $107,000.00 | $915,000.00 |
| Goodwin #1 E 2.07 AC LT 9 BLK 4 1.89 AC<br>5200 Expressway 83<br>Mission, TX 78572 | Business Property | | $320,000.00 | $693,000.00 |
| Los Ejidos De Reynosa Lot 265<br>204 E. Expressway 83<br>La Joya, TX 78560 | Business Property | | $195,000.00 | $791,265.50 |
| Riveraine Lot 3<br>6502 S. Cage Blvd<br>Pharr, TX 78577 | Business Property | | $90,000.00 | $596,265.50 |
| Shelton Ranch Estates PH 1 Lot 13<br>East Expressway 83<br>Sullivan City, TX 78595 | Business Property | | $90,000.00 | $506,265.50 |
| Alton Northwest Amended Lots 1&2 BLK 6<br>523 Main Ave<br>Alton, TX 78572 | Business Property | | $26,000.00 | $416,265.50 |
| Fairview Lot 1 & All of Lots 2&3<br>Cornor Hwy 83 & Steward Rd.<br>San Juan, TX 78589 | Business Property | | $119,000.00 | $390,265.50 |
| Aziz #3 LOT 1&2<br>1901 Tesoro Blvd #5 | Business Property | | $425,000.00 | $271,265.50 |

B6A (Official Form 6A) (12/07) - Cont.

In re **Aziz Convenience Stores, L.L.C.**                     Case No. _____
                                                                              (if known)

## SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 2*

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Pharr, TX 78577 | | | | |
| Shelton Ranch estates PH 1 Lot 12<br>800 E Expressway 83 #9<br>Sullivan City, TX 78595 | Business Property | | $390,000.00 | $0.00 |
| South Texas Medical Park Lot 13<br>1409 E Ridge Rd #10<br>McAllen, TX 78501 | Business Property | | $950,000.00 | $5,577,914.85 |
| Warschak Lot 1<br>9927 N Conway Ave #11<br>McAllen, TX 78501 | Business Property | | $360,000.00 | $4,627,914.85 |
| West Donna Estates #2 Lot 56<br>415 W Business 83 #12<br>Donna, TX 78537 | Business Property | | $265,000.00 | $4,267,914.85 |
| Alamo Land & Sugar CO Lot 9 BLK 40<br>1451 W FM 495 #13<br>Alamo, TX 78516 | Business Property | | $260,000.00 | $4,002,914.85 |
| Aziz #5 Lot 1<br>1514 E Business Hwy 83 #14<br>Mission, TX 78572 | Business Property | | $272,000.00 | $3,742,914.85 |
| Le Baron Lot 1<br>900 N Jackson Rd #15<br>Pharr, TX 78577 | Business Property | | $460,000.00 | $3,470,914.85 |
| Ponderosa Commercial Lot 1<br>3000 N Ware Rd #16<br>McAllen, TX 78504 | Business Property | | $430,000.00 | $3,010,914.85 |
| McBride Lot 1<br>1500 N I Rd<br>Pharr, TX 78577 | Business Property | | $365,000.00 | $2,580,914.85 |

B6A (Official Form 6A) (12/07) - Cont.

In re  **Aziz Convenience Stores, L.L.C.**                     Case No. _____

                                                                                      (if known)

## SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 3*

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Alton Northwest Lots 3&4 BLK 6<br>523 W Main St #18<br>Alton, TX 78572 | Business Property | | $209,000.00 | $2,215,914.85 |
| Aziz #8 Lot 1<br>10500 US HWY 281<br>Pharr, TX 78577 | Business Property | | $160,000.00 | $8,081,500.45 |
| Aziz #8 Lot 2<br>10500 US HWY 281<br>Pharr, TX 78577 | Business Property | | $570,000.00 | $7,921,500.45 |
| Aziz #8 Lot 3<br>10500 US HWY 281<br>Pharr, TX 78577 | Business Property | | $290,000.00 | $7,351,500.45 |
| Aziz #8 Lot 4<br>10500 US HWY 281<br> Pharr, TX 78577 | Business Property | | $190,000.00 | $7,061,500.45 |
| La Homa Ranch #1 Lot 1<br>6220 N La Homa Rd #20<br>Mission, TX 78572 | Business Property | | $290,000.00 | $6,871,500.45 |
| La Homa Ranch #1 Lot 2<br>Mile 5 RD<br>Mission, TX 78573 | Business Property | | $21,000.00 | $6,581,500.45 |
| Alamo Orginal Townsite Lot 9 BLK 37<br>1101 W. Business 83 #21<br>Alamo, TX 78516 | Business Property | | $290,000.00 | $10,863,500.45 |
| Alamo Orginal Townsite N Lot 10&11 BLK 37<br>1101 W Business Hwy 83<br>Alamo, TX 78516 | Business Property | | $52,000.00 | $10,573,500.45 |
| Alamo Orginal Townsite Lot 10&11 BLK 37<br>110 N Alamo Rd | Business Property | | $48,000.00 | $10,911,500.45 |

B6A (Official Form 6A) (12/07) - Cont.

In re  **Aziz Convenience Stores, L.L.C.**                    Case No. _____

                                                                                                (if known)

# SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 4*

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Alamo, TX 78516 | | | | |
| Las Cruces Commerical Lot 1-6 1510 W Monte Cristo #22 Edinburg, TX 78539 | Business Property | | $495,000.00 | $10,521,500.45 |
| Bentsen Groves Lot 142 3801 W 3 Mile Rd #23 Hidalgo County | Business Property | | $492,000.00 | $10,026,500.45 |
| Bentsen Groves Lot 144 Hidalgo County | Business Property | | $40,000.00 | $9,534,500.45 |
| Aziz #7 Lot 1 1524 Earling #25 Pharr, TX 78577 | Business Property | | $500,000.00 | $9,494,500.45 |
| Aziz #7 Lot 2 N I Rd | Business Property | | $123,000.00 | $8,994,500.45 |
| Valle De La Primavera Lot 219 6601 S Jackson Rd #26 | Business Property | | $71,000.00 | $11,389,500.45 |
| Valle De La Primavera Lot 218 6603 S Jackson Rd #26 | Business Property | | $39,000.00 | $11,318,500.45 |
| Valle De La Primavera Lot 217 6605 S Jackson Rd #26 | Business Property | | $39,000.00 | $11,279,500.45 |
| Valle De La Primavera Lot 216 6707 S Jackson Rd #26 | Business Property | | $39,000.00 | $11,240,500.45 |
| Valle De La Primavera Lot 215 6609 S Jackson Rd #26 | Business Property | | $290,000.00 | $11,201,500.45 |
| West Manor All Lots 1-4 1603 W University Dr. #27 | Business Property | | $950,000.00 | $3,151,640.88 |

B6A (Official Form 6A) (12/07) - Cont.

In re **Aziz Convenience Stores, L.L.C.**                                    Case No. _____

                                                                                    (if known)

## SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 5*

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Aziz Alamo Land #1 Lot 1<br>5302 E Hwy 107  #33<br>Edinburg, TX 78539 | Business Property | | $395,000.00 | $8,871,500.45 |
| Aziz Sharyland Lot 1<br>6220 N Sharyland Rd-34 | Business Property | | $395,000.00 | $8,476,500.45 |
| N PT 4 20 F F&G T<br>Property Id: 7073<br>Geographic Id:05200-0020-004-00 | Business Property | | $190,000.00 | $26,532.24 |
| PT 7 18 F F & G T<br>Property Id: 7034<br>Geographic Id:05200-0018-007-10 | Business Property | | $69,000.00 | $95,532.24 |
| | | Total: | $16,171,000.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Aziz Convenience Stores, L.L.C.**                         Case No. _____
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Texas National Bank Business checking<br><br>Texas National Bank CD | | $41,782.00<br><br>$200,000.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Aziz Convenience Stores, L.L.C.**                              Case No. _____
                                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Aziz Convenience Stores, L.L.C.**                    Case No. _____
                                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis- able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui- dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Aziz Convenience Stores, L.L.C.**                                    Case No. _____

                                                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | All inventory in all stores | | $2,709,014.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

                                                          _____3_____  continuation sheets attached     **Total  >** | **$2,950,796.00**
                                  (Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re **Aziz Convenience Stores, L.L.C.**                                    Case No. _____

                                                                                            (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                    $155,675.*

☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |

| | | | |
|---|---|---|---|
| *Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.* | | **$0.00** | **$0.00** |

B6D (Official Form 6D) (12/07)

In re  **Aziz Convenience Stores, L.L.C.**                              Case No. _____
                                                                                  (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**International Bank of Commerce**<br>**P.O. Box 1831**<br>**Brownsville, TX 78521** | | DATE INCURRED:  **09/28/2009**<br>NATURE OF LIEN:<br>**Collecting for -**<br>COLLATERAL:<br>**store**<br>REMARKS:<br>**Land- Raul Longoria/Canton**<br><br>VALUE:                **$85,671.00** | | | | $85,671.00 | |
| ACCT #:<br><br>**International Bank of Commerce**<br>**P.O. Box 1831**<br>**Brownsville, TX 78521** | | DATE INCURRED:  **09/28/2009**<br>NATURE OF LIEN:<br>**Collecting for -**<br>COLLATERAL:<br>**store**<br>REMARKS:<br>**Land- MI 6 & MI 10 Weslaco,TX**<br><br>VALUE:                **$63,793.00** | | | | $63,793.00 | |
| ACCT #: **xxxxxx7484**<br><br>**Plains Capital Bank, c/o**<br>**Atlas Hall & Rodriguez, LLP**<br>**P.O. Box 3725**<br>**818 W. Pecan Blvd**<br>**McAllen, TX 78501-2418** | | DATE INCURRED:  **9/28/09**<br>NATURE OF LIEN:<br>**Financing for-**<br>COLLATERAL:<br>**store**<br>REMARKS:<br><br>VALUE:              **$5,635,000.00** | X | | | $7,836,640.88 | $2,201,640.88 |
| ACCT #: **xxxxxx7492**<br><br>**Plains Capital Bank, c/o**<br>**Atlas Hall & Rodriguez, LLP**<br>**P.O. Box 3725**<br>**818 W. Pecan Blvd**<br>**McAllen, TX 78501-2418** | | DATE INCURRED:  **09/28/09**<br>NATURE OF LIEN:<br>**Financing for-**<br>COLLATERAL:<br>**store**<br>REMARKS:<br><br>VALUE:              **$3,571,000.00** | | | | $5,577,914.85 | $2,006,914.85 |
| | | Subtotal (Total of this Page) > | | | | $13,564,019.73 | $4,208,555.73 |
| | | Total (Use only on last page) > | | | | | |

_____**2**_____continuation sheets attached

|  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |
|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re  **Aziz Convenience Stores, L.L.C.**                                      Case No. _____

                                                                                                                          (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxx7506<br><br>**Plains Capital Bank, c/o Atlas Hall & Rodriguez, LLP P.O. Box 3725 818 W. Pecan Blvd McAllen, TX 78501-2418** | | DATE INCURRED:  **09/28/09**<br>NATURE OF LIEN:<br>**Financing for-**<br>COLLATERAL:<br>**store**<br>REMARKS:<br><br>VALUE:            **$4,870,782.00** | | | | **$11,389,500.45** | **$6,518,718.45** |
| ACCT #: xxxxxx8561<br><br>**Plains Capital Bank, c/o Atlas Hall & Rodriguez, LLP P.O. Box 3725 818 W. Pecan Blvd McAllen, TX 78501-2418** | | DATE INCURRED:  **09/28/09**<br>NATURE OF LIEN:<br>**Financing for-**<br>COLLATERAL:<br>**store**<br>REMARKS:<br><br>VALUE:            **$259,000.00** | | | | **$95,532.24** | |
| ACCT #: xxx5068<br><br>**Plains Capital Bank, c/o Atlas Hall & Rodriguez, LLP P.O. Box 3725 818 W. Pecan Blvd McAllen, TX 78501-2418** | | DATE INCURRED:  **09/28/09**<br>NATURE OF LIEN:<br>**Financing for-**<br>COLLATERAL:<br>**store**<br>REMARKS:<br><br>VALUE:            **$542,000.00** | | | | **$915,000.00** | **$373,000.00** |
| ACCT #: xxxxxx5678<br><br>**Plains Capital Bank, c/o Atlas Hall & Rodriguez, LLP P.O. Box 3725 818 W. Pecan Blvd McAllen, TX 78501-2418** | | DATE INCURRED:  **09/28/09**<br>NATURE OF LIEN:<br>**Financing for-**<br>COLLATERAL:<br>**store**<br>REMARKS:<br><br>VALUE:            **$1,335,000.00** | | | | **$791,265.50** | |

Sheet no. _____**1**_____ of _____**2**_____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

                                                         Subtotal (Total of this Page) >   **$13,191,298.19**   **$6,891,718.45**

                                                         Total (Use only on last page) >

                                                                                                               (Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Aziz Convenience Stores, L.L.C.**                         Case No. _____

(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Plains Capital Bank, c/o<br>Atlas Hall & Rodriguez, LLP<br>P.O. Box 3725<br>818 W. Pecan Blvd<br>McAllen, TX 78501-2418** | | DATE INCURRED: **09/28/09**<br>NATURE OF LIEN:<br>**Financing for-**<br>COLLATERAL:<br>**store**<br>REMARKS:<br><br>VALUE:            **$72,385.00** | | | | $72,385.00 | |
| ACCT #:<br><br>**STATE COMPTROLLER<br>111 E. 17TH STREET<br>AUSTIN, TX 78774-01009816.00** | | DATE INCURRED: **09/28/2009**<br>NATURE OF LIEN:<br>**Taxes FRANCHISE**<br>COLLATERAL:<br>**inventory**<br>REMARKS:<br><br>VALUE:        **$6,320,961.00** | | | | $6,320,961.00 | |
| ACCT #:<br><br>**Valero LP<br>One Valero Way<br>San Antonio, TX 78249** | | DATE INCURRED: **7/1/14**<br>NATURE OF LIEN:<br>**BUSINESS**<br>COLLATERAL:<br>**Gasoline, CD**<br>REMARKS:<br>**Gasoline, CD**<br><br>VALUE:        **$2,909,014.00** | | | | $1,700,000.00 | |
| | | | | | | | |

Sheet no. ____**2**____ of ____**2**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | **$8,093,346.00** | **$0.00** |
| Total (Use only on last page) > | **$34,848,663.92** | **$11,100,274.18** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/13)

In re **Aziz Convenience Stores, L.L.C.**                                           Case No. _____
                                                                                                                      (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☑ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**1**_____continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re **Aziz Convenience Stores, L.L.C.**　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**William A. Csabi, P.C.**<br>**1213 E. Tyler**<br>**Harlingen, TX 78550** | | DATE INCURRED: **08/02/2014**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | **$52,500.00** | **$52,500.00** | **$0.00** |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals (Totals of this page) > | **$52,500.00** | **$52,500.00** | **$0.00** |
|---|---|---|---|---|
| | Total ><br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | **$52,500.00** | | |
| | Totals ><br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | **$52,500.00** | **$0.00** |

B6F (Official Form 6F) (12/07)

In re   **Aziz Convenience Stores, L.L.C.**                              Case No. _____
                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**7UP Big Red**<br>**915 N Ed Carey Dr.**<br>**Harlingen, TX 78550** | | DATE INCURRED: **various**<br>CONSIDERATION:<br>**BUSINESS**<br>REMARKS:<br>**Sodas** | | | | **$0.00** |
| ACCT #:<br>**Allied Waste Services**<br>**604 Trinity St**<br>**Mission, TX 78572** | | DATE INCURRED: **2014**<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**- waste**<br>**- current on payments** | | | | **$0.00** |
| ACCT #:<br>**American Petroleum Carrie**<br>**3601 N. Ware Rd. Suite B**<br>**McAllen, TX 78504** | | DATE INCURRED: **various**<br>CONSIDERATION:<br>**BUSINESS**<br>REMARKS:<br>**Transport/ Freight** | | | | **$0.00** |
| ACCT #:<br>**Arguindegui Oil**<br>**4506 Texas 359**<br>**Laredo, TX 48043** | | DATE INCURRED: **various**<br>CONSIDERATION:<br>**BUSINESS**<br>REMARKS:<br>**Gasoline (Fuel Vendor)** | | | | **$200,000.00** |
| ACCT #:<br>**AT&T**<br>**PO BOX 78628**<br>**PHOENIX, AZ 85062-8628** | | DATE INCURRED: **2014**<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**- Phone Services**<br>**- Current on payments** | | | | **$0.00** |
| ACCT #:<br>**City of San Juan Water Works**<br>**709 S. Nebraska**<br>**San Juan, TX 78589** | | DATE INCURRED: **2014**<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**- Water/waste**<br>**- Current on payments** | | | | **$0.00** |
| | | | | Subtotal > | | **$200,000.00** |

_____**5**_____ continuation sheets attached

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Aziz Convenience Stores, L.L.C.**                     Case No.  _____

                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Coca-Cola**<br>**2400 W Expressway**<br>**McAllen, TX 78504** | | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**BUSINESS**<br>REMARKS:<br>**Sodas** | | | | **$0.00** |
| ACCT #:<br>**Colorado Box Beef**<br>**302 Progress Rd**<br>**Auburdale, FL 33823** | | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**BUSINESS**<br>REMARKS:<br>**Hot food** | | | | **$0.00** |
| ACCT #:<br>**CPL RETAIL ENERGY**<br>**PO BOX 2036**<br>**WARREN, MI 48090-2036** | | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**- Electric company**<br>**- Current on payments** | | | | **$0.00** |
| ACCT #:<br>**DT Armour**<br>**3601 N. Ware Rd Suite**<br>**McAllen, TX 78504** | | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**BUSINESS**<br>REMARKS:<br>**Transport/Freight** | | | | **$0.00** |
| ACCT #:<br>**Ferguson Water Works**<br>**1900 W. Expressway 83**<br>**Mission, TX 78572** | | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**- water works/waste**<br>**- current on payments** | | | | **$0.00** |
| ACCT #:<br>**First Quality Vegtable**<br>**2263 Pecan**<br>**McAllen, TX 78504** | | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**BUSINESS**<br>REMARKS:<br>**hot food** | | | | **$0.00** |

Sheet no. ____**1**____ of ____**5**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal > | **$0.00** |
|---|---|---|
|  | Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the<br>Statistical Summary of Certain Liabilities and Related Data.) | |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Aziz Convenience Stores, L.L.C.**                   Case No. _____

                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Frito Lay**<br>**1505 Mid Cities Dr.**<br>**Pharr, TX 78572** | | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**BUSINESS**<br>REMARKS:<br>**Snacks** | | | | **$0.00** |
| ACCT #:<br>**Glazaer**<br>**2000 Redbud Ave**<br>**McAllen, TX 78504** | | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**BUSINESS**<br>REMARKS:<br>**Beer/Liquor** | | | | **$0.00** |
| ACCT #:<br>**Guardian Pest Control**<br>**3416 Queta Ave**<br>**McAllen, TX 78503** | | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**- Fumigation** | | | | **$0.00** |
| ACCT #:<br>**Hi-Tech Security Systems**<br>**1200 W. Veterans Blvd**<br>**Mission, TX 78574** | | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**- Security alarm**<br>**- current on payments** | | | | **$0.00** |
| ACCT #:<br>**Hudson Energy**<br>**P.O. Box 731137**<br>**Dallas, TX 75373** | | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**- Electric Company**<br>**- Current on payments** | | | | **$0.00** |
| ACCT #:<br>**Ivory Palm Estate**<br>**3700 N. 10th Street**<br>**McAllen, TX 78501** | | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**Rent**<br>REMARKS:<br>**- office rent**<br>**- current on rent** | | | | **$0.00** |

Sheet no. ____**2**____ of ____**5**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$0.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Aziz Convenience Stores, L.L.C.**                    Case No. _____

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**L&F Dist**<br>**3900 N McColl Rd**<br>**McAllen, TX 78504** | | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**BUSINESS**<br>REMARKS:<br>**Beer/Liquor** | | | | **$0.00** |
| ACCT #:<br>**La Joya Utility Department**<br>**101 N. Leo Ave**<br>**La Joya, Texas 78560** | | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**- Water Works/ waste**<br>**- Current on payments** | | | | **$0.00** |
| ACCT #:<br>**La Unica**<br>**106 S. Alton Blvd**<br>**Alton, TX 78573** | | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**BUSINESS**<br>REMARKS:<br>**hot food** | | | | **$0.00** |
| ACCT #:<br>**MAGIC VALLEY**<br>**PO BOX 267**<br>**MERCEDES, TEXAS 78570-0267** | | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**SERVICES**<br>REMARKS:<br>**- Electric company**<br>**-Current on payments** | | | | **$0.00** |
| ACCT #:<br>**McAllen City of Health Department**<br>**1300 W. Houston Ave**<br>**McAllen, TX 78501** | | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**- permit renews** | | | | **$0.00** |
| ACCT #:<br>**Mcallen Public Works**<br>**4201 N. Betson Rd**<br>**McAllen, TX 78504** | | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**Water Works/waste**<br>**Current on payments** | | | | **$0.00** |

Sheet no. ____**3**____ of ____**5**____ continuation sheets attached to                    Subtotal >          **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    Total >
                                    (Use only on last page of the completed Schedule F.)
                        (Report also on Summary of Schedules and, if applicable, on the
                            Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Aziz Convenience Stores, L.L.C.**                    Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Oak Farm Dairy**<br>**525 Beaumont Ave**<br>**McAllen, TX 78504** | | DATE INCURRED: **various**<br>CONSIDERATION:<br>**BUSINESS**<br>REMARKS:<br>**Milk** | | | | **$0.00** |
| ACCT #:<br>**Parts** | | DATE INCURRED: **2014**<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**- current on payments** | | | | **$0.00** |
| ACCT #:<br>**PFG**<br>**2805 CCR 814**<br>**La Feria, TX 78559** | | DATE INCURRED: **various**<br>CONSIDERATION:<br>**BUSINESS**<br>REMARKS:<br>**hot food** | | | | **$0.00** |
| ACCT #:<br>**R&R Distribtors**<br>**1401 E. Minnesota Rd**<br>**Pharr, TX 78577** | | DATE INCURRED: **various**<br>CONSIDERATION:<br>**BUSINESS**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Rio Grande Poultry**<br>**4100 W Ursula Ave**<br>**McAllen, TX 78503** | | DATE INCURRED: **various**<br>CONSIDERATION:<br>**BUSINESS**<br>REMARKS:<br>**hot food** | | | | **$0.00** |
| ACCT #:<br>**Texas Alcoholic Beverage Commission**<br>**P.O. Box 13127**<br>**Austin, TX 78711** | | DATE INCURRED: **2014**<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**- permit renews** | | | | **$0.00** |

Sheet no. ___**4**___ of ___**5**___ continuation sheets attached to        **Subtotal >**        **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                          **Total >**
                                          **(Use only on last page of the completed Schedule F.)**
                                **(Report also on Summary of Schedules and, if applicable, on the**
                                **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Aziz Convenience Stores, L.L.C.**                                    Case No. _____
                                                                                                         (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**TEXAS GAS SERVICE**<br>**PO BOX 269042**<br>**OKLAHOMA, CITY** | | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**- Natural gas**<br>**- current on payments** | | | | **$0.00** |
| ACCT #:<br>**Texas Lottery**<br>**P.O Box 16660**<br>**Austin, TX 78761** | | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**BUSINESS**<br>REMARKS:<br>**Lottery** | | | | **$0.00** |
| ACCT #:<br>**Texas Lottery Commission**<br>**P.O. Box 16630**<br>**Austin, TX 78761** | | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**- Permit reviews** | | | | **$0.00** |
| ACCT #:<br>**Waste Management**<br>**1701 S. Cage Blvd**<br>**Pharr, TX 78577** | | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**- waste**<br>**- current on payments** | | | | **$0.00** |
| ACCT #:<br>**WenCar Wholesale**<br>**818 S Padre Island Dr**<br>**Corpus Christi, TX 78416** | | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**BUSINESS**<br>REMARKS:<br>**Snacks** | | | | **$0.00** |
| | | | | | | |

Sheet no. _____**5**_____ of _____**5**_____ continuation sheets attached to      **Subtotal >**      **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**      **$200,000.00**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re **Aziz Convenience Stores, L.L.C.**                    Case No. _____

                                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Valero LP**<br>One Valero Way<br>San Antonio, TX 78249 | To provide gasoline to debtor's stores<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re  **Aziz Convenience Stores, L.L.C.**                          Case No. _____

                                                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B 6 Summary (Official Form 6 - Summary) (12/13)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

In re  **Aziz Convenience Stores, L.L.C.**                    Case No.

                                                        Chapter    **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 6 | $16,171,000.00 | | |
| B - Personal Property | Yes | 4 | $2,950,796.00 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $34,848,663.92 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $52,500.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $200,000.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| | TOTAL | 23 | $19,121,796.00 | $35,101,163.92 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Aziz Convenience Stores, L.L.C.**                                              Case No. _____

                                                                                                          (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**MGR**_____ of the _____**Corporation**_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____**25**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date  **8/4/2014**_____                Signature  **/s/ Dagoberto G. Trevino**_____
                                                                                                        **Dagoberto G. Trevino**
                                                                                                        **MGR**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

In re:   **Aziz Convenience Stores, L.L.C.**                                   Case No.   _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None ☑

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the TWO YEARS immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐

b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Valero LP<br>One Valero Way<br>San Antonio, TX 78249 | Daily approx 175,000.00 (Last 90 days) | $15,750,000.00 | $1,700,000.00 |

None ☑

c.  All debtors:  List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☑

a.  List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

In re:   **Aziz Convenience Stores, L.L.C.**                    Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 1*

---

**5. Repossessions, foreclosures and returns**

None ☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**6. Assignments and receiverships**

None ☑

a.  Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None ☑

List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**8. Losses**

None ☑

List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **William A. Csabi, P.C.** **1213 E. Tyler** **Harlingen, TX 78550** | **08/04/2014** | **$12,500.00** |

---

**10. Other transfers**

None ☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

In re:   **Aziz Convenience Stores, L.L.C.**                                          Case No.   _____

                                                                                                                                (if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 2*

---

**11. Closed financial accounts**

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑

If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

In re:   **Aziz Convenience Stores, L.L.C.**                              Case No.   _____

                                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

None ☑  b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑  c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

**18. Nature, location and name of business**

None ☐  a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **Aziz Convenience Stores LLC**<br>**4513 N 4th St**<br>**McAllen, TX 78504** | **Convenience stores** | **1985** |

---

None ☑  b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

**19. Books, records and financial statements**

None ☐  a.  List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Garza Morales CPA**<br>**800 Dallas Ave**<br>**McAllen, TX** | **1985 to present** |

---

None ☑  b.  List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

In re:   **Aziz Convenience Stores, L.L.C.**                                    Case No.   _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

None
☐

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **same** | |

---

None
☑

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

---

**20. Inventories**

None
☐

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|-----------------------------------------------------------------|
| **1/1/14** | **Luis Trevino** | **2,700,000.00** |
| **1/1/13** | **Luis Trevino** | **2,700,000.00** |

---

None
☐

b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|----------------------------------------------------|
| **1/1/13, 1/1/14** | **Garza Morales CPA** **same** |

---

**21. Current Partners, Officers, Directors and Shareholders**

None
☐

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|
| **Dagoberto Trevino** **4513 N 4th St** **McAllen, TX** | **partner** | **50%** |
| **Silvia Trevino** **4513 N 4th St** **McAllen, TX** | **partner** | **50%** |

---

None
☑

b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

**22. Former partners, officers, directors and shareholders**

None
☑

a.  If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

---

None
☑

b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

In re:   **Aziz Convenience Stores, L.L.C.**                    Case No.  _____

                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None
☑

### 23. Withdrawals from a partnership or distributions by a corporation

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

---

None
☑

### 24. Tax Consolidation Group

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

---

None
☑

### 25. Pension Funds

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **8/4/2014**_____         Signature   **/s/ Dagoberto G. Trevino**_____

                                                                        **Dagoberto G. Trevino**
                                                                        **MGR**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

IN RE:   **Aziz Convenience Stores, L.L.C.**                              CASE NO

                                                                          CHAPTER    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept: | Hourly: Estimated Total | **$65,000.00** |
| Prior to the filing of this statement I have received: | | **$12,500.00** |
| Balance Due: | Hourly: Approximately | **$52,500.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **8/4/2014** | **/s/ William A. Csabi** |
| *Date* | *William A. Csabi*                                    Bar No. |
| | William A. Csabi, P.C. |
| | 1213 E. Tyler |
| | Harlingen, TX 78550 |
| | Phone: (956) 412-2727 / Fax: (956) 412-2728 |

---

 **/s/ Dagoberto G. Trevino**
*Dagoberto G. Trevino*
*MGR*

B4 (Official Form 4) (12/07)

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

IN RE:   **Aziz Convenience Stores, L.L.C.**

Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Plains Capital Bank, c/o Atlas Hall & Rodriguez, LLP P.O. Box 3725 818 W. Pecan Blvd McAllen, TX 78501-2418 | | Financing for- | | **$11,389,500.45** **Value: $4,870,782.00** |
| Plains Capital Bank, c/o Atlas Hall & Rodriguez, LLP P.O. Box 3725 818 W. Pecan Blvd McAllen, TX 78501-2418 | | Financing for- | *Unliquidated* | **$7,836,640.88** **Value: $5,635,000.00** |
| Plains Capital Bank, c/o Atlas Hall & Rodriguez, LLP P.O. Box 3725 818 W. Pecan Blvd McAllen, TX 78501-2418 | | Financing for- | | **$5,577,914.85** **Value: $3,571,000.00** |
| Plains Capital Bank, c/o Atlas Hall & Rodriguez, LLP P.O. Box 3725 818 W. Pecan Blvd McAllen, TX 78501-2418 | | Financing for- | | **$915,000.00** **Value: $542,000.00** |
| Arguindegui Oil 4506 Texas 359 Laredo, TX 48043 | | BUSINESS | | **$200,000.00** |
| William A. Csabi, P.C. 1213 E. Tyler Harlingen, TX 78550 | | Attorney Fees | | **$52,500.00** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

IN RE:   **Aziz Convenience Stores, L.L.C.**                              Case No.

                                                                          Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| La Joya Utility Department<br>101 N. Leo Ave<br>La Joya, Texas 78560 | | Services | | **$0.00** |
| L&F Dist<br>3900 N McColl Rd<br>McAllen, TX 78504 | | BUSINESS | | **$0.00** |
| Ivory Palm Estate<br>3700 N. 10th Street<br>McAllen, TX 78501 | | Rent | | **$0.00** |
| Hudson Energy<br>P.O. Box 731137<br>Dallas, TX 75373 | | Services | | **$0.00** |
| Hi-Tech Security Systems<br>1200 W. Veterans Blvd<br>Mission, TX 78574 | | Services | | **$0.00** |
| Guardian Pest Control<br>3416 Queta Ave<br>McAllen, TX 78503 | | Services | | **$0.00** |
| Glazaer<br>2000 Redbud Ave<br>McAllen, TX 78504 | | BUSINESS | | **$0.00** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

IN RE:   **Aziz Convenience Stores, L.L.C.**

Case No.

Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Frito Lay<br>1505 Mid Cities Dr.<br>Pharr, TX 78572 | | BUSINESS | | **$0.00** |
| First Quality Vegtable<br>2263 Pecan<br>McAllen, TX 78504 | | BUSINESS | | **$0.00** |
| Ferguson Water Works<br>1900 W. Expressway 83<br>Mission, TX 78572 | | Services | | **$0.00** |
| DT Armour<br>3601 N. Ware Rd Suite<br>McAllen, TX 78504 | | BUSINESS | | **$0.00** |
| CPL RETAIL ENERGY<br>PO BOX 2036<br>WARREN, MI 48090-2036 | | Services | | **$0.00** |
| Colorado Box Beef<br>302 Progress Rd<br>Auburdale, FL 33823 | | BUSINESS | | **$0.00** |
| Coca-Cola<br>2400 W Expressway<br>McAllen, TX 78504 | | BUSINESS | | **$0.00** |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

IN RE:   **Aziz Convenience Stores, L.L.C.**                    Case No.

                                                                Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*


## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP


I, the _____**MGR**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.



Date:__**8/4/2014**_____          Signature:__**/s/ Dagoberto G. Trevino**_____
                                                                    ***Dagoberto G. Trevino***
                                                                    **MGR**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

IN RE:   **Aziz Convenience Stores, L.L.C.**                    CASE NO

                                                                                CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

       The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  8/4/2014 _____        Signature  _/s/ Dagoberto G. Trevino_____
                                                                                       ***Dagoberto G. Trevino***
                                                                                       ***MGR***

Date _____        Signature _____

7UP Big Red
915 N Ed Carey Dr.
Harlingen, TX 78550


Allied Waste Services
604 Trinity St
Mission, TX 78572


American Petroleum Carrie
3601 N. Ware Rd. Suite B
McAllen, TX 78504


Arguindegui Oil
4506 Texas 359
Laredo, TX 48043


AT&T
PO BOX 78628
PHOENIX, AZ 85062-8628


City of San Juan Water Works
709 S. Nebraska
San Juan, TX 78589


Coca-Cola
2400 W Expressway
McAllen, TX 78504


Colorado Box Beef
302 Progress Rd
Auburdale, FL 33823


CPL RETAIL ENERGY
PO BOX 2036
WARREN, MI 48090-2036

DT Armour
3601 N. Ware Rd Suite
McAllen, TX 78504


Ferguson Water Works
1900 W. Expressway 83
Mission, TX 78572


First Quality Vegtable
2263 Pecan
McAllen, TX 78504


Frito Lay
1505 Mid Cities Dr.
Pharr, TX 78572


Glazaer
2000 Redbud Ave
McAllen, TX 78504


Guardian Pest Control
3416 Queta Ave
McAllen, TX 78503


Hi-Tech Security Systems
1200 W. Veterans Blvd
Mission, TX 78574


Hudson Energy
P.O. Box 731137
Dallas, TX 75373


International Bank of Commerce
P.O. Box 1831
Brownsville, TX 78521

Ivory Palm Estate
3700 N. 10th Street
McAllen, TX 78501


L&F Dist
3900 N McColl Rd
McAllen, TX 78504


La Joya Utility Department
101 N. Leo Ave
La Joya, Texas 78560


La Unica
106 S. Alton Blvd
Alton, TX 78573


MAGIC VALLEY
PO BOX 267
MERCEDES, TEXAS 78570-0267


McAllen City of Health Department
1300 W. Houston Ave
McAllen, TX 78501


Mcallen Public Works
4201 N. Betson Rd
McAllen, TX 78504


Oak Farm Dairy
525 Beaumont Ave
McAllen, TX 78504


Parts

```
PFG
2805 CCR 814
La Feria, TX 78559



Plains Capital Bank, c/o
Atlas Hall & Rodriguez, LLP
P.O. Box 3725
818 W. Pecan Blvd
McAllen, TX 78501-2418

R&R Distribtors
1401 E. Minnesota Rd
Pharr, TX 78577



Rio Grande Poultry
4100 W Ursula Ave
McAllen, TX 78503



STATE COMPTROLLER
111 E. 17TH STREET
AUSTIN, TX 78774-01009816.00



Texas Alcoholic Beverage Commission
P.O. Box 13127
Austin, TX 78711



TEXAS GAS SERVICE
PO BOX 269042
OKLAHOMA, CITY



Texas Lottery
P.O Box 16660
Austin, TX 78761



Texas Lottery Commission
P.O. Box 16630
Austin, TX 78761
```

Valero LP
One Valero Way
San Antonio, TX 78249


Waste Management
1701 S. Cage Blvd
Pharr, TX 78577


WenCar Wholesale
818 S Padre Island Dr
Corpus Christi, TX 78416


William A. Csabi, P.C.
1213 E. Tyler
Harlingen, TX 78550

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

IN RE:                                                    CHAPTER   **11**

**Aziz Convenience Stores, L.L.C.**


DEBTOR(S)                                                 CASE NO


## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| | | | |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**MGR**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.



Date: __**8/4/2014**_____        Signature: __**/s/ Dagoberto G. Trevino**_____
                                                       **Dagoberto G. Trevino**
                                                       **MGR**