IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| AZIZ CONVENIENCE, L.L.C., | § | Case No. 14-70427-11-RSS |
| | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |

**STIPULATED CONTINUED USE OF CASH COLLATERAL BY DEBTOR
PURSUANT TO THE STIPULATION AND AGREED FINAL ORDER
<u>AUTHORIZING THE DEBTOR'S USE OF CASH COLLATERAL</u>**

On December 19, 2015, this Court entered its *Stipulation and Agreed Final Order Authorizing the Debtor's Use of Cash Collateral* [Docket No. 181] (the "<u>Final Cash Collateral Order</u>").[1] PCB and the Debtor stipulate to and agree to extend the Debtor's ability to use Cash Collateral under the terms of the Final Cash Collateral Order and the budget attached hereto as **<u>Exhibit A</u>** up to, and including, June 17, 2015.

This Stipulation shall not be considered a waiver by PCB of any defaults. This Stipulation shall not prejudice and is not a waiver of any objection made by PCB to the payment of any professionals, including those payments identified as "Professional Restructuring Fees" identified on the budget attached as <u>Exhibit A</u>. This Stipulation shall not otherwise modify or alter the Final Cash Collateral Order, except as expressly and specifically provided for herein. All other provisions of the Final Cash Collateral Order shall remain in full force and effect and apply in all respects.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Final Cash Collateral Order.

STIPULATED AND AGREED TO THIS 10th DAY OF JUNE 2015.

| | |
|---|---|
| ATLAS, HALL & RODRIGUEZ LLP<br>ATTORNEYS FOR PLAINSCAPITAL BANK | OKIN & ADAMS, LLP.<br>PROPOSED ATTORNEYS FOR DEBTOR |
| */s/ Vicki M. Skaggs*<br>Vicki M. Skaggs (TX 13320100)<br>818 Pecan Blvd.<br>McAllen, Texas 78501<br>Main Dial Number 956.682.5501 | */s/ Matthew S. Okin*<br>Matthew S. Okin (TX 00784695)<br>1113 Vine St., Suite 201<br>Houston, Texas 77002<br>Telephone:  713.228.4101 |
| GARDERE WYNNE SEWELL LLP<br>ATTORNEYS FOR PLAINSCAPITAL BANK | |
| */s/ Marcus A. Helt*<br>Marcus A. Helt (TX 24052187)<br>Evan Baker (TX 24073879)<br>1601 Elm Street, Suite 3000<br>Dallas, Texas  75201-4761<br>Telephone:  214.999.3000 | |

IT IS SO ORDERED

Signed: _____

_____
Richard S. Schmidt
United States Bankruptcy Judge

STIPULATED CONTINUED USE OF CASH COLLATERAL BY DEBTOR
PURSUANT TO THE STIPULATION AND AGREED FINAL ORDER
AUTHORIZING THE DEBTOR'S USE OF CASH COLLATERAL – PAGE 2

Gardere01 - 6757726v.1