

Exhibit A

**Please remit payment to:**
Okin & Adams LLP
1113 Vine St., Suite 201
Houston, TX 77002
Fx.888.865.2118

Tax ID# 80-0891347

June 9, 2015

Dagoberto G. Trevino
Aziz Convenience Stores, L.L.C.
4513 North 4th Street
McAllen, TX 78504

Regarding: Aziz Convenience Stores/Chapter 11
Invoice No:03765

### Services Rendered

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 5/01/2015 | MSO | Review revised PCB proposal and discuss with D. Brickley (.5); draft debtor revisions to proposed settlement agreement (.5); telephone conference with D. Trevino regarding proposed settlement agreement (.4); finalize PSA and discuss signature exchange with R. Hatch (.3); circulate final signed agreement (.2) | 1.90 | $750.50 |
| 5/02/2015 | MSO | Reformat PSA schedules and create clean PSA to circulate to group (1.2); review and revise sale motion and circulate (.6); review PCB revised settlement agreement and forward to Trevinos' and counsel (.4) | 2.20 | $869.00 |
| 5/04/2015 | MSO | Telephone conference with J. Castillo regarding settlement agreement (.4); review Susser comments and Keen comments on sale motion and revise (1.4); discussion with P. Constant regarding sale motion and order (.2) | 2.00 | $790.00 |
| 5/05/2015 | DLC | Revise and file sale motion (1.1); draft proposed bid procedures order and discuss with M. Okin (1.4); telephone call w/ Court staff regarding scheduling sale hearing (.2) | 2.70 | $796.50 |
| 5/05/2015 | MSO | Review current sale motion draft and review order (.3); discussion with D. Curry of remaining sale logistics (.3); receive and review Susser due diligence requests and forward to group (.2); discussion with M. Helt regarding sale motion (.2) | 1.00 | $395.00 |
| 5/06/2015 | DLC | Draft motion to shorten time, proposed order, and order setting hearing (1.3); confer w/ Court regarding relief requested (.1) | 1.40 | $413.00 |
| 5/06/2015 | MSO | Email discussion with M. Helt regarding sale motion and process (.3); telephone conference with working group to discuss due diligence process (.5); telephone conference with D. Brickley and D. Trevino regarding due diligence process and family participation (.7); telephone conference with V. Skaggs and M. Helt regarding sale process and settlement agreement status (.6) | 2.10 | $829.50 |
| 5/07/2015 | MSO | Review insurance finance contracts and forward to secured lenders for approval | 0.50 | $197.50 |
| 5/07/2015 | MSO | Revise and file motion to shorten time on sale motion (1.0); review and comment on draft notice to employees regarding sale process (.3) | 1.30 | $513.50 |
| 5/08/2015 | MSO | Exchange emails with J. Castillo regarding compromise on settlement (.2); discuss with M. Helt (.2) | 0.40 | $158.00 |
| 5/12/2015 | DLC | Draft and file OA fee statement (.6); draft and file Wick Phillips fee statement (.6); receive and analyze V. Skaggs email regarding fee statements (.1); confer w/ M. Okin regarding fee issues and cash collateral order (.2) | 1.50 | $442.50 |
| 5/12/2015 | MSO | Telephone conference with Travelcenters counsel regarding proposed sale procedures and sale process (1.1); follow-up with Claro regarding substance of conversation (.3); discussion with H. Bordwin | 1.70 | $671.50 |

www.okinadams.com
Dallas Houston



| | | | | |
|---|---|---|---|---|
| Regarding: | Aziz Convenience Stores/Chapter 11 | | | Page: 2 |
| Invoice No: | 03765 | | | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | regarding sale process and changes to procedure (.3) | | |
| 5/13/2015 | MSO | Meeting with D. Brickley and J. Koskowitz to discuss continued cash budget through sale | 1.70 | $671.50 |
| 5/14/2015 | MSO | Review due diligence information from buyer (.4); review title commitment (.3); telephone conference with Claro regarding operational issues (.5) | 1.20 | $474.00 |
| 5/15/2015 | DLC | Review and file Claro fee statements (.3) | 0.30 | $88.50 |
| 5/15/2015 | MSO | Telephone conference with D. Brickley regarding status of settlement agreement and budget issues (.5); telephone conference with PCB counsel regarding same (.5) | 1.00 | $395.00 |
| 5/18/2015 | DLC | Analyze PCB settlement issues (.9); revise PCB 9019 motion (2.1); correspond w/ M. Okin regarding 9019 issues (.3); | 3.30 | $973.50 |
| 5/18/2015 | MSO | Review and circulate draft deeds and corporate authority documents (.3); review final settlement agreement and arrange for execution by D. Brickley (.3); review and revise 9019 motion and discuss terms of 9019 order with D. Curry (.6) | 1.20 | $474.00 |
| 5/19/2015 | DLC | Schedule court call appearance and related issues (.2); draft proposed 9019 order (.4); confer w/ M. Okin regarding 9019 issues (.1); revise and file 9019 motion and order (.7). | 1.40 | $413.00 |
| 5/19/2015 | MSO | Review comments from PCB to bid procedures and procedures order and incorporate revisions to same (.8); create redlines and circulate revisions for comments (.4); telephone conference with H. Bordwin regarding credit bid and other issues in procedures (.3); telephone conference with counsel for Susser regarding PCB changes and follow-up discussions with PCB and D. Brickley regarding same (1.5) | 3.00 | $1,185.00 |
| 5/20/2015 | DLC | Prepare for and telephonically appear for bid procedures hearing | 1.40 | $413.00 |
| 5/20/2015 | DLC | File April MOR (.2); | 0.20 | $59.00 |
| 5/20/2015 | MSO | Attend hearing on motion for approval of sale procedures (.7); meet with client after hearing (.3); attend meeting with Susser and PCB counsel to discuss final form of sale procedures (2.2); conference with D. Brickley regarding logistics of remaining sale process and follow-up with Keen (.6) | 3.80 | $1,501.00 |
| 5/20/2015 | MSO | Travel to McAllen for hearing on sale procedures (3.5); return to Houston from McAllen (4.5) | 8.00 | $1,580.00 |
| 5/21/2015 | DLC | Draft notice of hearing (.2); serve various pleadings and notices (.1). | 0.30 | $88.50 |
| 5/21/2015 | MSO | Telephone conference with J. Starks regarding settlement with Comptroller and release of funds from escrow | 0.40 | $158.00 |
| 5/21/2015 | MSO | Review and discuss cash budget | 0.50 | $197.50 |
| 5/22/2015 | DLC | Receive and analyze bid procedures order (.1); contact court regarding same (.1) | 0.20 | $59.00 |
| 5/22/2015 | MSO | Review PCB objection to interim compensation | 0.30 | $118.50 |
| 5/24/2015 | MSO | Review sale procedure order and procedures and circulate to working group with calendar of important dates | 0.70 | $276.50 |
| 5/25/2015 | MSO | Review updated cash budget and discuss with J. Koskowitz (.3); circulate budget to PCB counsel (.2) | 0.50 | $197.50 |
| 5/28/2015 | MSO | Follow-up with PCB regarding extended use of cash collateral (.2); discussion of status of cash use with D. Brickley (.2) | 0.40 | $158.00 |
| 5/28/2015 | MSO | Status call with working group to discuss due diligence status | 0.50 | $197.50 |
| 5/29/2015 | MSO | Telephone conference with Susser group to discuss status of due diligence and repair of compliance items (1.2); discuss extension of due diligence deadline with G. Young and D. Brickley (.2); review revised document (.2) | 1.60 | $632.00 |



Regarding: Aziz Convenience Stores/Chapter 11  
Invoice No: 03765  
Page: 3

| | | | | Total Fees | $17,137.00 |

### Staff Summary

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Christopher Adams | 0.00 | $375.00 | $0.00 |
| David L Curry | 12.70 | $295.00 | $3,746.50 |
| George Nino | 0.00 | $375.00 | $0.00 |
| Matthew S Okin | 37.90 | $395.00 | $13,390.50 |
| Ruth E Piller | 0.00 | $305.00 | $0.00 |

### Expenses

| Date | Description | Charges |
|---|---|---|
| 4/02/2015 | Conference Call | $4.12 |
| 5/06/2015 | Conference Call | $9.77 |
| 5/08/2015 | Outside Printing and Duplicating Charge-Mail out | $85.14 |
| 5/12/2015 | U.S. Mail | $50.66 |
| 5/18/2015 | Conference Call | $4.50 |
| 5/18/2015 | Conference Call | $2.09 |
| 5/19/2015 | Conference Call | $3.12 |
| 5/19/2015 | Airfare to McAllen for Sales Procedure Hearing | $779.20 |
| 5/20/2015 | Court Call | $30.00 |
| 5/21/2015 | U.S. Mail | $16.32 |
| 5/31/2015 | In-House Copying Charges | $70.20 |
| | Total Expenses | $1,055.12 |

### Trust and Payment Summary

| | |
|---|---|
| Total New Charges | $18,192.12 |
| Previous Balance | $39,755.59 |
| Balance Due | $57,947.71 |

THANK YOU FOR YOUR BUSINESS  
www.okinadams.com  
Dallas  Houston