IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| AZIZ CONVENIENCE, L.L.C., | § | Case No. 14-70427-11-RSS |
| | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |

### STIPULATED CONTINUED USE OF CASH COLLATERAL BY DEBTOR PURSUANT TO THE STIPULATION AND AGREED FINAL ORDER AUTHORIZING THE DEBTOR'S USE OF CASH COLLATERAL

On December 19, 2015, this Court entered its *Stipulation and Agreed Final Order Authorizing the Debtor's Use of Cash Collateral* [Docket No. 181] (the "Final Cash Collateral Order").[1] PCB and the Debtor stipulate to and agree to extend the Debtor's ability to use Cash Collateral under the terms of the Final Cash Collateral Order and the budget attached hereto as **Exhibit A** up to, and including, June 24, 2015. The Debtor is authorized to discontinue use of the property-tax escrow account and to transfer the balance in that tax-escrow account to its general operating account to be used pursuant to **Exhibit A**.

This Stipulation shall not be considered a waiver by PCB of any defaults. This Stipulation shall not prejudice and is not a waiver of any objection made by PCB to the payment of any professionals, including those payments identified as "Professional Restructuring Fees" identified on the budget attached as Exhibit A. This Stipulation shall not otherwise modify or alter the Final Cash Collateral Order, except as expressly and specifically provided for herein.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Final Cash Collateral Order.

All other provisions of the Final Cash Collateral Order shall remain in full force and effect and apply in all respects.

STIPULATED AND AGREED TO THIS 15th DAY OF JUNE 2015.

| ATLAS, HALL & RODRIGUEZ LLP<br>ATTORNEYS FOR PLAINSCAPITAL BANK | OKIN & ADAMS, LLP.<br>PROPOSED ATTORNEYS FOR DEBTOR |
|---|---|
| */s/ Vicki M. Skaggs*<br>Vicki M. Skaggs (TX 13320100)<br>818 Pecan Blvd.<br>McAllen, Texas 78501<br>Main Dial Number 956.682.5501 | */s/ Matthew S. Okin*<br>Matthew S. Okin (TX 00784695)<br>1113 Vine St., Suite 201<br>Houston, Texas 77002<br>Telephone:  713.228.4101 |

GARDERE WYNNE SEWELL LLP
ATTORNEYS FOR PLAINSCAPITAL BANK

*/s/ Marcus A. Helt*
Marcus A. Helt (TX 24052187)
Evan Baker (TX 24073879)
1601 Elm Street, Suite 3000
Dallas, Texas  75201-4761
Telephone:  214.999.3000

IT IS SO ORDERED

Signed: _____

STIPULATED CONTINUED USE OF CASH COLLATERAL BY DEBTOR
PURSUANT TO THE STIPULATION AND AGREED FINAL ORDER
AUTHORIZING THE DEBTOR'S USE OF CASH COLLATERAL – PAGE 2

_____
Richard S. Schmidt
United States Bankruptcy Judge