IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 14-70427 |
| AZIZ CONVENIENCE STORES, L.L.C., § | |
| § | Chapter 11 |
| Debtor. § | |

### NOTICE OF SUCCESSFUL BID AND BACK-UP BID
(Relates to Docket # 295)

PLEASE TAKE NOTICE that on July 20, 2015 the Debtor conducted an auction to determine the highest bidder for the purchase of substantially all of the Debtor's assets, as provided in the Bid Procedures approved by the Court on May 22, 2015 [Doc. #295]. The auction took place at Atlas, Hall & Rodriguez, LLP in McAllen, Texas and commenced at approximately 9:00 am CDT before a certified court reporter. Three Qualified Bidders (as defined in the Bid Procedures) appeared and participated in the auction. Upon the conclusion of the auction, the Debtor, exercising its business judgment, selected a Successful Bidder and a Back-Up Bidder as follows:

| | Party | Bid Amount |
|---|---|---|
| **Successful Bidder** | Susser Petroleum Property Company LLC | $41,600,000.00 |
| **Back-Up Bidder** | Circle K Stores Inc. | $41,500,000.00 |

Both the Successful Bidder and the Back-Up Bidder have supplemented their deposits with the Escrow Agent such that the deposits held by the Escrow Agent each equal 5% of their respective bid amounts.

The Debtor will request approval of a sale of substantially all of its assets to the Successful Bidder at the hearing currently scheduled for 10:00 am CDT, Tuesday, July 28, 2015

at the Federal District Courthouse, Bankruptcy Courtroom, 2nd Floor, 1133 N. Shoreline, Corpus Christi, Texas. The terms of the proposed sale are contained in the Purchase and Sale Agreement by and between the Debtor and the Successful Bidder, as amended, a copy of which is available upon written request to Debtor's counsel.

Pursuant to the terms of the order approving the Bid Procedures, any objection to the proposed sale must be filed with the Court by 5:00 pm CDT on July 24, 2015 and served upon the Objection Notice Parties (defined in the order) so as to be received by the objection deadline.

Dated: July 22, 2015.

Respectfully submitted,

**OKIN & ADAMS LLP**

By: _/s/ David L. Curry, Jr._
    Matthew S. Okin
    Texas Bar No. 00784695
    Email: mokin@okinadams.com
    David L. Curry, Jr.
    Texas Bar No. 24065107
    Email: dcurry@okinadams.com
    1113 Vine St. Suite 201
    Houston, TX 77002
    Tel: (713) 228-4100
    Fax: (888) 865-2118

**COUNSEL FOR THE DEBTOR**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing pleading will be served upon those parties receiving ECF notices upon filing of the same and upon the attached service list by first class mail.

      /s/Matthew S. Okin_____
Matthew S. Okin

Service List

Aziz Convenience Stores, L.L.C.
4513 North 4th St.
McAllen, TX 78504-2939

James Patrick Grissom
Attorney at Law
1111 W. Nolana Avenue
McAllen, TX 78504

Arguindegui Oil
4506 Texas 359
Laredo, TX 48043

Diane W. Sanders
Linebarger Goggan Blair & Sampson
P.O. Box 17428
Austin, TX 78760

Fancisco J. Rodriguez
1111 W. Nolana Avenue
McAllen, Texas 78504-3747

PlainsCapital Bank
c/o Marcus A. Helt
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19019-7346

Castillo Snyder, P.C.
Bank of America Plaza, Suite 1020
300 Convent
San Antonio, TX 78205

Environmental Risk Management, Inc.
3702 S. Expressway 281, Bldg. B
Edinburg, TX 78542

Greenwich Investors XLV Trust 2013-1
c/o Jeffrey A. Peterson
Gray, Plant, Mooty & Bennett, P.A.
1010 West St. Germain, Suite 500
Saint Cloud, MN 56301

William A. Csabi
1213 E. Tyler
Harlingen, TX 78550-7139

Valero LP
One Valero Way
San Antonio, TX 78249-1616

Valero Marketing & Supply Co.
c/o John Kurt Stephen
Cardenas & Stephen, L.L.P.
100 South Bicentennial
McAllen, Texas 75801

PlainsCapital Bank
c/o Atlas, Hall & Rodriguez
P.O. Box 3725
818 Pecan Blvd.
McAllen, TX 78501-2418

Greenwich Investors XLV Trust 2013-1
c/o Mark Twenhafel
Walker & Twenhafel, L.L.P.
P.O. Box 3766
McAllen, Texas 78502-3766

PlainsCapital Bank
c/o Vicki M. Skaggs
Atlas, Hall & Rodriguez
P.O. Box 3725
McAllen, TX 78502-3725

PSI Petroleum
P.O. Box 2346
McAllen, TX 78502-2346

ARGUINDEGUI OIL CO. II, LTD
c/o Bethany F. Thompson
Thomas J. Walthall
GARDNER LAW
745 East Mulberry Avenue, Suite 500
San Antonio, Texas 78212

Agua Special Utility District
c/o Catherine Than
Bickerstaff Heath Delgado Acosta LLP
3711 S. MoPac Expressway, Bldg 1, Ste 300
Austin, Texas 78746

Agua Special Utility District
c/o David Mendez
Bickerstaff Heath Delgado Acosta LLP
3711 S. MoPac Expressway, Bldg 1, Ste 300
Austin, Texas 78746

Ivory Palm Estate
3700 W. 10th Street
McAllen, TX 78501-1773

Barbara C. Jue
Office of the U.S. Trustee
606 N. Carancahua, suite 1107
Corpus Christi, TX 78401

Hidalgo Cty/Hidalgo Cty Drainage Dist 1
c/o John T. Banks
Perdue, Brandon, Fielder, Collins & Mott, LLP
3301 Northland Drive, Ste. 505
Austin, TX 78731-4954

Recovery Management Systems
25 S.E. 2nd Avenue
Suite 1120
Miami, FL 33131-1605

Jason A. Starks
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 78711-2548

Douglas J. Brickley
The Claro Group
1221 McKinney St., Suite 2850
Houston, Texas 77010

Agua Special Utility District
c/o Manuel Mendez
Bickerstaff Heath Delgado Acosta LLP
3711 S. MoPac Expressway, Bldg 1, Ste 300
Austin, Texas 78746

Valero Marketing & Supply Co.
c/o Michael G. Smith
111 North 6th Street
P.O. Box 846
Clinton, OK 73601

State Comptroller
111 E. 17th Street
Austin, TX 78774

Hudson Energy Services, LLC
c/o Jay M. Rosenberg
Conley Rosenberg & Brenneise, LLP
5080 Spectrum Drive, Suite 850 E
Addison, Texas 75001

| | | |
|---|---|---|
| Petroleum Solutions, Inc.<br>c/o Michael A. McGurk<br>Kittleman Thomas, P.L.L.C.<br>P.O. Box 1416<br>McAllen, Texas 78502-1416 | Environmental Risk Management, Inc.<br>c/o Michael A. McGurk<br>Kittleman Thomas, P.L.L.C.<br>P.O. Box 1416<br>McAllen, Texas 78502-1416 | Daniel H. Reiss<br>Levene, Neale, Bender, Yoo & Brill<br>10250 Constellation Blvd, Suite 1700<br>Los Angeles, CA 90061 |

Patricia Reed Constant
One Shore Plaza
800 North Shoreline Blvd, Suite 320 S
Corpus Christi, TX 78401