IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 14-70427 |
| **AZIZ CONVENIENCE STORES, L.L.C.,** | § | |
| | § | Chapter 11 |
| Debtor. | § | |

### NOTICE OF FILING OF PROPOSED SALE ORDER
(Relates to Docket # 295)

PLEASE TAKE NOTICE that, on July 20, 2015, the Debtor conducted an auction to determine the highest bidder for the purchase of substantially all of the Debtor's assets, as provided in the Bid Procedures approved by the Court on May 22, 2015 [Doc. #295]. The Debtor has determined that Susser Petroleum Company LLC was the high bidder at the auction and has designated it the "Successful Bidder."

The Debtor will request approval of a sale of substantially all of its assets to the Successful Bidder at the hearing (the "Sale Hearing") currently scheduled for 10:00 am CDT, Tuesday, July 28, 2015 at the Federal District Courthouse, Bankruptcy Courtroom, 2nd Floor, 1133 N. Shoreline, Corpus Christi, Texas. The terms of the proposed sale are contained in the Purchase and Sale Agreement by and between the Debtor and the Successful Bidder, as amended, a copy of which is available upon written request to Debtor's counsel.

Pursuant to the terms of the order approving the Bid Procedures, the Debtor hereby provides notice of the form of proposed order it will seek to have the Court enter at the Sale Hearing. A copy of the proposed form of order is attached to this Notice as **Exhibit A**. The Debtor reserves the right to modify the terms of this proposed order as necessary up until the time of the Sale Hearing. Parties with an interest in the final terms of the proposed order are advised to attend the Sale Hearing in order to protect their interests.

Dated: July 25, 2015.

        Respectfully submitted,

        **OKIN & ADAMS LLP**

        By:   */s/ Matthew S. Okin*
            Matthew S. Okin
            Texas Bar No. 00784695
            Email: mokin@okinadams.com
            David L. Curry, Jr.
            Texas Bar No. 24065107
            Email: dcurry@okinadams.com
            1113 Vine St. Suite 201
            Houston, TX  77002
            Tel: (713) 228-4100
            Fax: (888) 865-2118

        **COUNSEL FOR THE DEBTOR**